Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREA THOMAS, | Case No. 2:19-cv-00872-RFB-NJK |
| Plaintiff, | **STIPULATION AND ORDER DISMISSING QUANTUM COLLECTIONS, WITH PREJUDICE** |
| v. | |
| QUANTUM COLLECTIONS, | Complaint filed: May 23, 2019 |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiff Andrea Thomas ("Plaintiff") and Defendant Quantum Collections, ("Quantum") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2).

There are no longer any issues in this matter between Plaintiff and Quantum to be determined by the Court, and Quantum is the only remaining defendant. Plaintiff hereby stipulates

that all of her claims and causes of action against Quantum, which were or could have been the subject matter of this lawsuit, are hereby dismissed with prejudice, without costs or fees to any party.

IT IS SO STIPULATED.
Dated January 15, 2020.

| **KNEPPER & CLARK LLC** | **LAW OFFICE OF BRIAN D. SHAPIRO** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Brian D. Shapiro* |
| Matthew I. Knepper, Esq., NBN 12796 | Brian D. Shapiro, Esq., NBN 5772 |
| Miles N. Clark, Esq., NBN 13848 | Email: bshapiro@brianshapirolaw.com |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | Jeffrey I. Hasson, Esq., *pro hac vice* |
| | Email: hasson@hassonlawllc.com |
| **HAINES & KRIEGER LLC** | |
| David H. Krieger, Esq., NBN 9086 | *Counsel for Defendant* |
| Email: dkrieger@hainesandkrieger.com | *Quantum Collections* |
| | |
| *Counsel for Plaintiff* | |

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF QUANTUM COLLECTIONS, WITH PREJUDICE

**IT IS SO ORDERED.**  _____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 16th day of January, 2020.